RUSSELL I. GLAZER (SBN 166198)
Email: rglazer@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Plaintiffs
BROADCAST MUSIC, INC.; WELSH WITCH MUSIC; PRIMARY WAVE MUSIC IP FUND 2 GP, LLC and PWMP VENTURES LLC, a limited partnership d/b/a PRIMARY WAVE BOPS; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY, LLC; BEECHWOOD MUSIC CORPORATION; DEVO, INC. d/b/a DEVO MUSIC; BMG RIGHTS MANAGEMENT GMBH d/b/a BMG RIGHTS MANAGEMENT US LLC d/b/a EMI VIRGIN SONGS; STONE DIAMOND MUSIC CORP.; TOKECO TUNES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; WELSH WITCH MUSIC; PRIMARY WAVE MUSIC IP FUND 2 GP, LLC and PWMP VENTURES LLC, a limited partnership d/b/a PRIMARY WAVE BOPS; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY, LLC; BEECHWOOD MUSIC CORPORATION; DEVO, INC. d/b/a DEVO MUSIC; BMG RIGHTS MANAGEMENT GMBH d/b/a BMG RIGHTS MANAGEMENT US LLC d/b/a EMI VIRGIN SONGS; STONE DIAMOND MUSIC CORP.; TOKECO TUNES,<br><br>Plaintiffs,<br><br>v.<br><br>JUNKYARD SPORTS BAR & GRILL, LLC d/b/a JUNKYARD SPORTS BAR & GRILL; JOSEPH JEFFREY and TENELLE CANDISE SEBRING, each individually,<br><br>Defendants. | Case No. '23CV2132 BAS MSB<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT |

Plaintiffs Broadcast Music, Inc., Welsh Witch Music, Primary Wave Music Ip Fund 2 GP, LLC and PWMP Ventures LLC, a limited partnership d/b/a Primary Wave Bops, SONY/ATV Songs LLC, The Bernard Edwards Company, LLC, Beechwood Music Corporation, Devo, INC. d/b/a Devo Music, BMG Rights Management GMBH d/b/a BMG Rights Management US LLC d/b/a EMI Virgin Songs, (collectively, "Plaintiffs"), by their attorneys, for their Complaint for Copyright Infringement against Defendants Junkyard Sports Bar & Grill, LLC d/b/a Junkyard Sports Bar & Grill, Joseph Jeffrey and Tenelle Candise Sebring (collectively, "Defendants"), allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of Delaware. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in 20.6 million copyrighted

musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Welsh Witch Music is a sole proprietorship owned by Stephanie Nicks. This Plaintiff is a copyright owner of at least one of the songs in this matter.

6. Plaintiff Primary Wave Music IP Fund 2 GP, LLC and Plaintiff PWMP Ventures LLC is a limited partnership doing business as Primary Wave Bops. These Plaintiffs are copyright owners of at least one of the songs in this matter.

7. Plaintiff Sony/ATV Songs LLC is a limited liability company. This Plaintiff is a copyright owner of at least one of the songs in this matter.

8. Plaintiff The Bernard Edwards Company, LLC is a limited liability company. This Plaintiff is a copyright owner of at least one of the songs in this matter.

9. Plaintiff Beechwood Music Corporation is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

10. Plaintiff Devo, Inc. is a corporation doing business as Devo Music. This Plaintiff is a copyright owner of at least one of the songs in this matter.

11. Plaintiff BMG Rights Management GMBH doing business as BMG Rights Management US LLC is a limited liability company doing business as EMI Virgin Songs. This Plaintiff is a copyright owner of at least one of the songs in this matter.

12. Plaintiff Stone Diamond Music Corp. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

13. Plaintiff Tokeco Tunes is a sole proprietorship owned by Toby Keith Covel. This Plaintiff is a copyright owner of at least one of the songs in this matter.

14. Defendant Junkyard Sports Bar & Grill, LLC is a limited liability company organized and existing under the laws of the state of California, which operates, maintains and controls an establishment known as Junkyard Sports Bar & Grill located at 3617 Ocean Ranch Blvd., Suite 100, Oceanside, CA 92056, in this district (the "Establishment").

15. In connection with the operation of the Establishment, Defendant Junkyard Sports Bar & Grill, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

16. Defendant Junkyard Sports Bar & Grill, LLC has a direct financial interest in the Establishment.

17. Defendant Joseph Jeffrey is an officer of Defendant Junkyard Sports Bar & Grill, LLC with responsibility for the operation and management of that LLC and the Establishment.

18. Defendant Joseph Jeffrey has the right and ability to supervise the activities of Defendant Junkyard Sports Bar & Grill, LLC and a direct financial interest in that LLC and the Establishment.

19. Defendant Tenelle Candise Sebring is an officer of Defendant Junkyard Sports Bar & Grill, LLC with responsibility for the operation and management of that LLC and the Establishment.

20. Defendant Tenelle Candise Sebring has the right and ability to supervise the activities of Defendant Junkyard Sports Bar & Grill, LLC and a direct financial interest in that LLC and the Establishment.

CLAIMS OF COPYRIGHT INFRINGEMENT

21. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 20.

22. Since May 2022, BMI has reached out to Defendants over fifty (50) times, by phone, mail, and email in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI Repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

23. Plaintiffs allege seven (7) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

24. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the seven (7) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

25. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

26. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

27. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical

composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

28. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

29. The specific acts of copyright infringement alleged in the Complaint for Copyright Infringement, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

30. Plaintiffs seek statutory damages pursuant to 17 U.S.C. § 504. Plaintiffs further seek an order that Defendants be enjoined, pursuant to 17 U.S.C. § 502 from infringing, in any manner, the copyrighted musical compositions licensed by BMI.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any

manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: November 20, 2023

TROYGOULD PC

By: /s/ AnnMarie Mori
Russell I. Glazer
AnnMarie Mori
Attorneys for Plaintiffs
BROADCAST MUSIC, INC.; WELSH WITCH MUSIC; PRIMARY WAVE MUSIC IP FUND 2 GP, LLC and PWMP VENTURES LLC, a limited partnership d/b/a PRIMARY WAVE BOPS; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY, LLC; BEECHWOOD MUSIC CORPORATION; DEVO, INC. d/b/a DEVO MUSIC; BMG RIGHTS MANAGEMENT GMBH d/b/a BMG RIGHTS MANAGEMENT US LLC d/b/a EMI VIRGIN SONGS; STONE DIAMOND MUSIC CORP.; TOKECO TUNES

# ***Schedule***

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Dreams |
| Line 3 | Writer(s) | Stevie Nicks |
| Line 4 | Publisher Plaintiff(s) | Stephanie Nicks, an individual d/b/a Welsh Witch Music; Primary Wave Music IP Fund 2 GP, LLC and PWMP Ventures LLC, a Limited Partnership d/b/a Primary Wave Bops |
| Line 5 | Date(s) of Registration | 4/1/77 |
| Line 6 | Registration No(s). | Eu 772675 |
| Line 7 | Date(s) of Infringement | 7/1/23 |
| Line 8 | Place of Infringement | Junkyard Sports Bar & Grill |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Good Times a/k/a Rappers' Delight |
| Line 3 | Writer(s) | Nile Rodgers; Bernard Edwards |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company LLC |
| Line 5 | Date(s) of Registration | 6/27/79 6/16/81 |
| Line 6 | Registration No(s). | PA 37-207 PA 108-303 |
| Line 7 | Date(s) of Infringement | 7/1/23 |
| Line 8 | Place of Infringement | Junkyard Sports Bar & Grill |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | We Are Family |
| Line 3 | Writer(s) | Nile Rodgers; Bernard Edwards |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company LLC |
| Line 5 | Date(s) of Registration | 1/10/79 6/17/81 |
| Line 6 | Registration No(s). | PAu 76-307 PA 106-660 |
| Line 7 | Date(s) of Infringement | 7/1/23 |
| Line 8 | Place of Infringement | Junkyard Sports Bar & Grill |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | We Are The Champions |
| Line 3 | Writer(s) | Freddie Mercury |
| Line 4 | Publisher Plaintiff(s) | Beechwood Music Corporation |
| Line 5 | Date(s) of Registration | 11/18/77 12/23/77 |
| Line 6 | Registration No(s). | Eu 846122 Ep 377973 |
| Line 7 | Date(s) of Infringement | 7/1/23 |
| Line 8 | Place of Infringement | Junkyard Sports Bar & Grill |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Whip It |
| Line 3 | Writer(s) | Gerald V. Casale; Mark Mothersbaugh |
| Line 4 | Publisher Plaintiff(s) | Devo, Inc. d/b/a Devo Music; BMG Rights Management GmbH d/b/a BMG Rights Management US LLC d/b/a EMI Virgin Songs |
| Line 5 | Date(s) of Registration | 10/14/80 |
| Line 6 | Registration No(s). | PA 90-911 |
| Line 7 | Date(s) of Infringement | 7/1/23 |
| Line 8 | Place of Infringement | Junkyard Sports Bar & Grill |

---

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 6 | |
| Line 2 | Musical Composition | You Can't Hurry Love | |
| Line 3 | Writer(s) | Eddie Holland; Lamont Dozier; Brian Holland | |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. | |
| Line 5 | Date(s) of Registration | 6/14/65 | |
| Line 6 | Registration No(s). | Ep 203453 | |
| Line 7 | Date(s) of Infringement | 7/1/23 | |
| Line 8 | Place of Infringement | Junkyard Sports Bar & Grill | |

---

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 7 | |
| Line 2 | Musical Composition | Courtesy Of The Red, White and Blue (The Angry American) | |
| Line 3 | Writer(s) | Toby Keith Covel | |
| Line 4 | Publisher Plaintiff(s) | Toby Keith Covel, an individual d/b/a Tokeco Tunes | |
| Line 5 | Date(s) of Registration | 8/9/02 | 8/9/02 |
| Line 6 | Registration No(s). | PA 847-133 | PA 847-121 |
| Line 7 | Date(s) of Infringement | 7/1/23 | |
| Line 8 | Place of Infringement | Junkyard Sports Bar & Grill | |

---